(Pleito No. 69.—Fallado el 31 de Julio de 1900.)

SANJUAN contra BANCO.

RECURSO contra sentencia dictada por el Tribunal de Distrito de San Juan.

Se declaró desierto el recurso á tenor de lo estatuído en el artículo 1,787 de la Ley de Enjuiciamiento Civil.